**No. 61378.**—Charles Garcia & Co., Inc., et al. *v.* United States, protests 295633–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

**No. 61379.**—Twin Textiles Co. et al. *v.* United States, protests 29 5989–K, etc (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.